## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA BOLDEN

        Plaintiff,

        Case No. 1:18-cv-01105-LMM

v.

CRAFTSMEN CONTRACTORS, LLC,
*et al.*,

        Defendants.

### ORDER APPROVING SETTLEMENT
### AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the parties' Joint Motion to Approve Settlement Agreement [32]. The Court held a hearing on the matter on May 3, 2019. The Court has considered the Joint Motion and the proposed settlement agreement entered into by the parties to this action, and it is **ORDERED** as follows:

1. The Joint Motion to Approve Settlement is **GRANTED**.

2. The Court finds that the agree-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standard Act, as set forth in the Settlement Agreement is hereby **APPROVED**.

3. This case is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED** in this 3rd day of May, 2019.

LEIGH MARTIN MAY
UNITED STATES DISTRIT JUDGE